```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 32418
   KEITH H RAY
   LINDA A RAY                               CHAPTER 13

                                             JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-8279    SSN XXX-XX-0710
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/17/05 and confirmed on 11/18/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 79200.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CARMAX AUTO FINANCE | SECURED | 10550.00 | 616.80 | 10550.00 |
| HSBC AUTO FINANCE | SECURED | 6677.48 | 369.44 | 6677.48 |
| BECKET & LEE LLP | UNSECURED | 15691.15 | .00 | 11263.83 |
| FIA CARD SERVICES | UNSECURED | 2133.72 | .00 | 1531.68 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9670.93 | .00 | 6942.24 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9066.64 | .00 | 6508.45 |
| CAPITAL ONE BANK | UNSECURED | 5107.68 | .00 | 3666.53 |
| CAPITAL ONE BANK | UNSECURED | 2368.50 | .00 | 1700.22 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6771.14 | .00 | 4860.63 |
| DILLARDS | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 4843.88 | .00 | 3477.16 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8557.11 | .00 | 6142.69 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6897.99 | .00 | 4951.69 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4171.45 | .00 | 2994.46 |
| SALLIE MAE SERVICING COR | UNSECURED | .00 | .00 | .00 |
| CARMAX AUTO FINANCE | UNSECURED | 1949.30 | .00 | 1399.30 |
| BECKET & LEE LLP | UNSECURED | 110.83 | .00 | 79.56 |
| HELP SERVICE GROUP | UNSECURED | .00 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | .00 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 17227.48 | .00 | 77340.32 | .00 | 94567.80 |
| PRINCIPAL PAID | 17227.48 | .00 | 55518.44 | .00 | 72745.92 |
| INTEREST PAID | 986.24 | .00 | .00 | .00 | 986.24 |

```
TOTAL PAID              18213.72           .00      55518.44           .00      73732.16
```
The Debtor's attorney, LEGAL HELPERS PC                  , was allowed $   2700.00
and was paid $    700.00  direct and $   2000.00  through the plan.

The Trustee received $   3467.84 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



PAGE   2
CASE NO. 05 B 32418 KEITH H RAY & LINDA A RAY